IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **EARL OLIVER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:23-CV-137-L-BK** |
| § | |
| **PENNYMAC LOAN SERVICES, LLC,** § | |
| § | |
| Defendant. § | |

# **JUDGMENT**

The court issues this judgment pursuant to its order of March 7, 2024. It is, therefore, **ordered, adjudged, and decreed** that this action is **dismissed with prejudice**; that Plaintiff Earl Oliver ("Plaintiff") take nothing against Defendant Pennymac Loan Services, LLC; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted herein is **denied**.

**Signed** this 7th day of March, 2024.

                                                      Sam A. Lindsay
                                                    United States District Judge

**Judgment – Solo Page**